No. 5503.—P. R. FERTILIZER Co., aplda., *v.* DÍAZ, aplte.— C. D. San Juan. ▮▮▮▮▮▮▮▮ Abril 28, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Texidor.)

Aunque aparece cierto que la prórroga última que se concedió al apelante para presentar su alegato fué hasta el 31 de marzo de 1931, y en la fecha en que se pidió la desestimación, o sea en primero de abril siguiente, no se había presentado el alegato, la parte apelante, justificando su retraso por razón de enfermedad, y además, presentando el alegato antes de la vista de la moción, acude a nuestra discreción para que su recurso no sea desestimado; y en ejercicio de tal discreción, declaramos sin lugar la moción desestimatoria.

No. 5758.—PEREA FAJARDO, apldo., *v.* NADAL VDA. DEL MORAL, ETC., aplte.—Cobro de dinero. Noviembre 17, 1931.